CARRIERS—STREET RAILWAY—PERSONAL INJURIES—NEGLIGENCE—EVIDENCE—SUFFICIENCY.

　　A street car moving slowly struck an unseen piece of horseshoe, which had become tightly wedged in the slot where the plow of the car runs, thereby causing the car to suddenly jerk and stop.　The car immediately preceding had proceeded safely over the rails.　*Held* to show that the accident was not caused by the negligence of the company.

　　Appeal from Municipal Court, Borough of Manhattan, Fourth District.

　　Action by Annie Miller against the New York City Railway Company.　From a judgment in favor of plaintiff, defendant appeals.　Reversed and remanded.

　　Argued before GILDERSLEEVE, LEVENTRITT, and McCALL, JJ.

　　William E. Weaver, for appellant.
　　Gustavus A. Rogers, for respondent.

　　PER CURIAM.　This judgment should be reversed.　The negligence alleged against the defendant is that the car was so carelessly and negligently managed by the defendant that it was derailed.　The testimony shows that the car was moving slowly, when it struck an unseen obstruction which caused it suddenly to jerk and stop.　Upon examination it was found that a piece of a horseshoe had dropped into the slot, where the plow of the car runs, and was tightly wedged therein.　The car immediately ahead of the one to which the accident happened had proceeded safely over the rails, thus showing that the accident was clearly unavoidable and not caused by any negligence of the defendant.

　　Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

## PACK v. CITY OF NEW YORK et al.

(Supreme Court, Appellate Term.　June 28, 1906.)

MUNICIPAL CORPORATIONS—OBSTRUCTIONS IN STREET—CONTRIBUTORY NEGLIGENCE—EVIDENCE.

　　In an action for injuries caused by the vehicle in which plaintiff was riding striking an obstruction in the street, evidence examined, and *held* insufficient to show contributory negligence, so as to justify taking the case from the jury.

　　Appeal from Municipal Court, Borough of Manhattan, Eighth District.

　　Action by Mary Pack against the city of New York and another.　From a judgment in favor of defendant, plaintiff appeals.　Reversed and remanded.

　　Argued before GILDERSLEEVE, and LEVENTRITT, and McCALL, JJ.

Joseph E. Cavanaugh, for appellant.

John J. Delany. (Theodore Connoly and Thomas F. Noonan, of counsel), for respondent city of New York.

Fredk. E. Fishel, for respondent Silverson.

McCALL, J. This case is one in which a recovery is sought for injuries sustained through alleged negligence of defendants. The plaintiff was riding in a carriage driven by a Dr. Flynn going northwardly along Eighth avenue in this city. The night was dark and it was raining. As they approached 130th street, and when within 5 to 8 feet of the obstruction with which they collided, the plaintiff, who according to her story was looking out all the time, saw the pile of material on the roadway and called to her companion, warning him of its existence. She had no control of either driver or horse, and whatever negligence Dr. Flynn may have been guilty of cannot be imputed to her. There is a disputed question of fact as to whether there were any lights about the obstruction, and upon the whole I am of the opinion that the question of the appellants being guilty of any act of contributory negligence should have been left to the jury.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.